FILED
CHARLOTTE, NC
NOV 15 2016
US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**"UNDER SEAL"**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO. |
| | ) | |
| v. | ) | **ORDER TO SEAL INDICTMENT** |
| | ) | |
| MAGGIE ELIZABETH SANDERS, et al. | ) | |
| aka ELIZABETH MAGGIE SANDERS, / | | |

**UPON MOTION** of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order and Indictment be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order and Indictment be sealed until further order of this court.

This **15** day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE